IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| VANESSA OLIVAS | * | |
| | * | |
| | * | Bankruptcy No. 20-30671-HCM |
| Debtor | * | |
| | * | |
| | * | |

**MOTION FOR COMPENSATION
ON A CASE PENDING DISMISSAL**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

COMES NOW, Edgar Borrego/Miguel Flores, Movant and attorneys for Debtor, and files this Motion for Attorney Compensation on a Case Pending Possible Dismissal, as grounds thereof, would respectfully show the Court as follow:

I.

Debtor filed a petition under Chapter 13 on June 6,2020. The case has not been confirmed.

II.

Debtor's plan payments are $570.00 for 60 months. The plan base is $34,200.00. Thus far, $0.00 was paid towards attorney's fees prior to the case filing. The balance due for attorney's fees is $3,600.00. There has been no request for additional attorney's fees. Since the filing of the case, there have been 20 docket entries before filing this motion.

### III.

Services performed by the Movant include:

1. Several consultations with the Debtor both with his attorney and the Legal Assistant.
2. Preparation of petition, schedules, and statements.
3. Appearance and representation of Attorney at Debtors' 341 Meeting of Creditors.
4. Several Confirmation Hearing Resets handled by Attorney, Edgar J. Borrego.
5. Several discussions with Chapter 13 Trustee regarding confirmation of Debtor's case and continued delinquency.
6. Thus far, only the Trustee has filed an Objection to Confirmation.
7. Thus far, Movant has spent approximately 5 hours in attorney time and 4 hours in legal assistant time. The hourly wage for Attorney, Edgar J. Borrego/ Miguel A. Flores is $250.00 per hour and the Legal Assistant, $100.00 per hour.

### IV.

There exists a possible likelihood that the case will be dismissed for failure to provide the 2017 and 2018 Taxes as well as failing to make the first plan payment in the amount of $570.00. Movant's services will go unpaid unless funds in the Trustee's possession are used for such expense. Thus far, $2,893.88 has been paid to the trustee. Prior to the filing Debtor paid $0.00 in attorney's fees, leaving an unpaid balance of $3,600.00. Movant requests up to $1,650.00 if, as or when the case gets dismissed for attorney's fees.

### V.

Attached to this Motion is Exhibit A showing the form of proposed order.

WHEREFORE, PREMISES CONSIDERED, Movant/Attorneys pray that foregoing Motion be granted and all other relief deserved under the circumstances.

Respectfully submitted,

_____
Edgar J. Borrego State Bar No. 00787107
Miguel Flores State Bar No. 24036574
Attorney for Debtor
2610 Montana
El Paso, TX. 79903
Tel: 915-566-4300
Fax: 915-566-1122
efile@tanzyborrego.com

## CERTIFICATE OF SERVICE

I hereby certify that on __14__ day of __Jan__, 2021 a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail to all on the attached matrix.

_____
EDGAR J. BORREGO
MIGUEL A. FLORES
Attorney for Debtor

Tb#40063/AG

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 20-30671-hcm<br>Western District of Texas<br>El Paso<br>Thu Jan 14 11:56:32 CST 2021 | U.S. BANKRUPTCY COURT<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901-2417 | Arts of intsitute Dallas<br>8080 Park Ln N Suite 100<br>Dallas, TX 75231-5900 |
| Attorney General<br>10th & Constitution N.W.<br>Main Justice Bldg. #5111<br>Washington, DC 20530-0001 | Conn Appliances, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Conns<br>P.O. Box 965061<br>Orlando, FL 32896-5061 |
| Dr. Carol N Abalihi MD<br>3030 Joe Battle Blvd. Ste. B<br>El Paso, TX 79938-2668 | GECU<br>P.O. Box 20998<br>El Paso, TX 79998-0998 | Hospital of Providence - Sierra<br>1625 Medical Center Drive<br>El Paso, TX 79902-5005 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Special Procedures Staff- Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 |
| (p)PROCOLLECT INC<br>12170 ABRAMS RD SUITE 100<br>DALLAS TX 75243-4579 | Procollect Inc<br>c/o Vista Village Apartments<br>10535 Montwood Dr # 45<br>El Paso, TX 79935-2728 | TEXAS GAS SERVICE<br>P.O.BOX 401<br>OKLAHOMA CITY, OK 73101-0401 |
| U.S. Attorney/FHA/HUD/IRS/VA<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | Edgar J. Borrego<br>Tanzy & Borrego Law Offices<br>2610 Montana Ave.<br>El Paso, TX 79903-3712 |
| Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 | Vanessa Olivas<br>1000 Kingswreath<br>El Paso, TX 79907-2910 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Procollect Inc<br>12170 Abrams Road<br>Dallas, TX 75243 | End of Label Matrix<br>Mailable recipients 19<br>Bypassed recipients 0<br>Total 19 |