# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| VANESSA OLIVAS | * | |
| | * | |
| | * | Bankruptcy No. 20-30671-HCM |
| Debtor | * | |
| | * | |

### ORDER ON MOTION FOR COMPENSATION ON A
### CASE PENDING DISMISSAL

Came on for Consideration the Motion for Attorney Compensation on a Case Pending Dismissal. Notice was sent to the Trustee and all interested parties, but no written response was filed herein. The Court, having considered the Motion, finds that it should be granted. It is therefore;

ORDERED, ADJUDGED AND DECREED Movant be entitled up to $1,650.00 for attorney's fees to be paid by the Chapter 13 Trustee from the funds on hand once the court and administrative fees are paid if, as or when the case is dismissed.

### 

**Prepared By:** TANZY & BORREGO LAW OFFICES
Edgar J. Borrego/Miguel Flores
2610 Montana Avenue
El Paso, TX. 79903
(915) 566-4300-Phone
(915) 566-1122-Fax
efile@tanzyborrego.com
TB#/40063/AG